302 U.S. 748
 58 S.Ct. 266
 82 L.Ed. 578
 MORLEY CONSTRUCTION COMPANY et al., petitioners,
v.
MARYLAND CASUALTY COMPANY.*
 No. 501.
 Supreme Court of the United States
 November 15, 1937
 
 Mr. Martin J. O'Donnell, of Kansas City, Mo., for petitioners.
 
 
 1
 For opinion below, see 90 F.(2d) 976.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.
 
 
 
 *
 Rehearing denied 302 U.S. 779, 58 S.Ct. 362, 82 L.Ed. ——.